MARTIN J. AMBACHER (State Bar No. 144596)
NOLAN S. ARMSTRONG (State Bar No. 241311)
MCNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203
martin.ambacher@mcnamaralaw.com
nolan.armstrong@mcnamaralaw.com

Attorneys for Defendants and Cross-Defendants
ALLAN P. CHIN AND ERIN CHIN, Trustees of the ALLAN &
ERIN CHIN 2011 TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>                Plaintiff,<br><br>      vs.<br><br>MIMI YIP dba ZEN; ALLAN P. CHIN, Trustee of the ALLAN & ERIN CHIN 2011 TRUST, UTD April 15, 2011; ERIN LEE CHIN, Trustee of the ALLAN & ERIN CHIN 2011 TRUST, UTD April 15, 2011,<br><br>                Defendant. | Case No. CV 15-4530 HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS ALLAN P. CHIN AND ERIN CHIN, TRUSTEES OF THE ALLAN & ERIN CHIN 2001 TRUST TO RESPOND TO CROSS-COMPLAINT** |

**IT IS HEREBY STIPULATED**, pursuant to Northern District Local Rule 6-1 subpart (a), by and between the parties hereto through their respective attorneys of record, that defendants Allan P. Chin and Erin Chin, Trustees of the Allan & Erin Chin 2011 Trust, shall have until January 14, 2016 to Respond to cross-complainant's Cross-Complaint.  In accordance with the Local Rule, this extension does not alter the date of any event or any deadline already fixed by the Court.

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS ALLAN P. CHIN AND ERIN CHIN, TRUSTEES OF THE ALLAN & ERIN CHIN 2001 TRUST TO RESPOND TO CROSS-COMPLAINT

Case No:  CV 15-4530 HSG

Dated:  December 18, 2015       BREALL & BREALL LLP

                                By:   //s//    Sophie Breall, Esq.
                                      Sophie Breall, Esq.
                                      Attorneys for Cross-Complainant
                                      MIMI YIP dba ZEN


Dated:  December 18, 2015       MCNAMARA, NEY, BEATTY, SLATTERY,
                                BORGES & AMBACHER LLP

                                By:   //s//    Nolan S. Armstrong
                                      Martin J. Ambacher
                                      Nolan S. Armstrong
                                      Attorneys for Defendant and Cross-Defendants
                                      ALLAN P. CHIN and ERIN CHIN, Trustees of the
                                      ALLAN & ERIN CHIN 2011 TRUST

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:

Defendants Allan P. Chin and Erin Chin, Trustees of the Allan & Erin Chin 2011 Trust, shall have until January 14, 2016 to respond to cross-complainant MIMI YIP dba ZEN's Cross-Complaint.

**IT IS SO ORDERED**

Dated:  December 22, 2015

                                By: _____
                                    Hon. Haywood S. Gilliam, Jr.
                                    U.S. District Court Judge