1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 Email: service@moorelawfirm.com

5 Attorney for Plaintiff
Albert Dytch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>          Plaintiff,<br><br>     vs.<br><br>MIMI YIP dba ZEN, et al.,<br><br>          Defendants. | No. 3:15-cv-04530-HSG<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

1    IT IS HEREBY STIPULATED by and between Plaintiff Albert Dytch and Defendants
2 Mimi Yip dba Zen; Allan P. Chin, Trustee of the Allan & Erin Chin 2011 Trust, UTD April 15,
3 2011; and Erin Lee Chin, Trustee of the Allan & Erin Chin 2011 Trust, UTD April 15, 2011,
4 the parties to this action, by and through their respective counsel, that pursuant to Federal Rule
5 of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in
6 its entirety.  Each party is to bear its own attorneys' fees and costs.

7
8    Dated: January 19, 2016                      MOORE LAW FIRM, P.C.
9
10
11                                                */s/ Tanya E. Moore*
                                                   Tanya E. Moore
12                                                 Attorney for Plaintiff,
                                                   Albert Dytch
13
14   Dated: January 19, 2016                      BREALL & BREALL, LLP
15
16                                                */s/ Sophie A. Breall*
                                                   Sophie A. Breall
17                                                 Joseph M. Breall
                                                   Attorneys for Defendant,
18                                                 Mimi Yip dba Zen
19
20   Dated: January 19, 2016                      MCNAMARA, NEY, BEATTY, SLATTERY,
                                                   BORGES & AMBACHER LLP
21
22
                                                  */s/ Nolan S. Armstrong*
23                                                 Nolan S. Armstrong
                                                   Martin J. Ambacher
24                                                 Attorneys for Defendants,
25                                                 Allan P. Chin, Trustee of the Allan & Erin Chin
                                                   2011 Trust, UTD April 15, 2011; and Erin Lee
26                                                 Chin, Trustee of the Allan & Erin Chin 2011
                                                   Trust, UTD April 15, 2011
27
28

